No. 72–6310. WIMBERLEY *v.* RICHARDSON, SECRETARY OF DEFENSE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–6396. SCRUGGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–572. SCHOOL DISTRICT No. 1, DENVER, COLORADO, ET AL. *v.* KEYES ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 72–48. LAWLOR ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1023. THOMAS *v.* WASHINGTON. Ct. App. Wash. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1316. SWINNEY *v.* UNTREINER, SHERIFF, ET AL. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5375. MARQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5998. COLEMAN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6377. HOLT, AKA SUMMERS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.